564

THOMAS S. FERRANTE, PLAINTIFF-RESPONDENT, v. THOMAS McGINNIS, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

*Mr. Leon A. Wingate, Jr.* for the petitioners.

*Messrs. Piarulli & Vittori* for the respondent.

July 1, 1966. Denied.

SAMUEL HEKEMIAN, SR., *ET AL.*, PLAINTIFFS-RESPONDENTS, v. ANNA MARKARIAN, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Major & Major* for the petitioner.

*Messrs. DeLorenzo & Garofalo* for the respondents.

July 1, 1966. Denied.

JOHN A. DE FAZIO, PLAINTIFF-PETITIONER, CROSS-RESPONDENT, v. LIPSETT INC., *ET AL.*, DEFENDANTS-RESPONDENTS, CROSS-PETITIONERS.

On petitions for certification to Appellate Division, Superior Court.

*Mr. Abraham Miller; Mr. Leonard Meyerson* and *Mr. O. Allen Funke* for the petitioner cross-respondent.

*Mr. Jesse Moskowitz* for the respondents cross-petitioners.

July 1, 1966. Denied.